# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

CASE NO. 19-28694 CMG
CHAPTER 13
Judge: Christine M. Gravelle

In re:

Deborah Costanza

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 03/09/2017

I, ROGER KONKEL, employed as OFFICER LOSS MITIGATION by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., hereby certifies the following information:
Recorded on March 17, 2017 in Ocean County, in Book 16686, at Page 1022.
Property Address: 73 Honeysuckle Dr, Manahawkin NJ 08050.

Mortgage Holder: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

Mortgagor(s)/ Debtor(s): Deborah Costanza

POST-PETITION PAYMENTS (Petition filed on October 01, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| | | Agreed Order Entered 05/13/2021 | | | - |
| | | To Suspense | $2,325.04 | 05/17/2021 | $2,325.04 |
| $2,333.99 | 05/01/2021 | 05/2021 | $2,325.04 | 06/09/2021 | $2,316.09 |
| $2,333.99 | 06/01/2021 | 06/2021 | $2,325.04 | 07/09/2021 | $2,307.14 |
| $2,333.99 | 07/01/2021 | 07/2021 | $2,325.04 | 08/11/2021 | $2,298.19 |
| $2,333.99 | 08/01/2021 | 08/2021 | $2,325.04 | 09/08/2021 | $2,289.24 |
| $2,333.99 | 09/01/2021 | 09/2021 | $2,325.04 | 10/08/2021 | $2,280.29 |
| $2,333.99 | 10/01/2021 | 10/2021 | $4,650.08 | 12/08/2021 | $4,596.38 |
| $2,333.99 | 11/01/2021 | 11/2021 | From Suspense | 12/08/2021 | $2,262.39 |
| $2,333.99 | 12/01/2021 | 12/2021 | $2,325.04 | 01/21/2022 | $2,253.44 |
| $2,333.99 | 01/01/2022 | 01/2022 | $2,333.99 | 02/19/2022 | $2,253.44 |
| $2,333.99 | 02/01/2022 | 02/2022 | $2,333.99 | 03/22/2022 | $2,253.44 |
| $2,333.99 | 03/01/2022 | 03/2022 | $2,333.99 | 04/23/2022 | $2,253.44 |
| $2,324.74 | 04/01/2022 | 04/2022 | $2,333.99 | 05/20/2022 | $2,262.69 |
| $2,324.74 | 05/01/2022 | 05/2022 | $2,333.99 | 06/22/2022 | $2,271.94 |
| $2,324.74 | 06/01/2022 | 06/2022 | $4,649.48 | 08/20/2022 | $4,596.68 |
| $2,324.74 | 07/01/2022 | 07/2022 | From Suspense | 08/20/2022 | $2,271.94 |
| $2,324.74 | 08/01/2022 | 08/2022 | $2,333.99 | 09/23/2022 | $2,281.19 |
| $2,324.74 | 09/01/2022 | | $0.00 | | $2,281.19 |

| $2,324.74 | 10/01/2022 | | $0.00 | | $2,281.19 |
|---|---|---|---|---|---|
| $2,324.74 | 11/01/2022 | | $0.00 | | $2,281.19 |
| $2,324.74 | 12/01/2022 | | $0.00 | | $2,281.19 |
| $2,324.74 | 01/01/2023 | | $0.00 | | $2,281.19 |
| **Total Due: $48,921.29** | | **Total Received: $39,578.78** | | **Arrears: $9,342.51** | |

Continue on attached sheets if necessary.

Monthly payments past due: 5 mos. X $2,324.74
Arrears: $9,342.51

Each current monthly payment is comprised of:
    Principal and Interest:  $1,446.60_____
    R.E. Taxes:  $_____
    Insurance:  $_____
    Other:  $878.14_____ (Specify: Escrow)
    TOTAL  $2,324.74_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notice of Mortgage Payment Change filed 02/15/2022 effective 04/01/2022.

PRE-PETITION ARREARS: $45,649.75
I certify under penalty of perjury that the foregoing is true and correct.

Dated: 2/2/23

_____
Signature