# KML LAW GROUP, P.C.
## A PROFESSIONAL CORPORATION INCORPORATED IN PENNSYLVANIA
**701 Market Street, Suite 5000**
**Philadelphia, PA 19106**
**(215) 627-1322**
**www.kmllawgroup.com**

May 24, 2023

The Honorable Christine M. Gravelle, U.S.B.J.
Courtroom #3
400 Cooper Street, 3rd Floor
Camden, NJ 08101

RE:  Deborah Costanza
Case No. 19-28694 CMG
Premises:  73 Honeysuckle Dr., Manahawkin, NJ 08050
Secured Creditor:  Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken
Loans Inc.

Dear Judge Gravelle,

This office represents Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken
Loans Inc. ("Secured Creditor"), holder of a mortgage on real property located at 73 Honeysuckle
Dr., Manahawkin, NJ 08050.  Please accept this letter in response to Debtor's motion to sell the
subject property.

Secured Creditor has reviewed the current motion to sell and the proposed form of order
filed with the Court.  Secured Creditor does not object to the motion or the proposed order in its
current form.  However, should the proposed order be revised, or if the underlying facts supporting
the motion should change, including but not limited to the purchase price, Secured Creditor
reserves its right to object to the motion.

The total amount owed on the loan thru June 5, 2023 is approximately $276,988.03.  The
Debtor is required to request an updated formal payoff prior to closing to ensure the loan is paid
in full in accordance with the terms of the note, mortgage and applicable state laws. Secured
Creditor's response, in its present form, is not an objection to the current motion to sell the subject
property.  The undersigned does not intend to appear to prosecute an objection at this

time unless the proposed order is amended to a form deemed objectionable.

Respectfully,
KML LAW GROUP, P.C.

**/s/** *Denise Carlon*
Denise Carlon, Esquire
dcarlon@kmllawgroup.com
Attorney for Secured Creditor

**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By: Denise Carlon Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
Attorneys for Secured Creditor: Rocket
Mortgage, LLC f/k/a Quicken Loans, LLC
f/k/a Quicken Loans Inc.

| | |
|---|---|
| In Re:<br>Deborah Costanza<br>        Debtor | Case No: <u>19-28694 CMG</u><br><br>Chapter: <u>13</u><br><br>Judge: <u>Christine M. Gravelle</u> |

## CERTIFICATION OF SERVICE

1.  I, Patricia Rychards:

☐ Represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Denise Carlon, who represents the <u>Secured Creditor</u> in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.  On 05/25/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- Response to Motion to Approve Real Estate Contract and Sell Property
- Certification of Service

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 05/25/2023                    */s/ Patricia Rychards*

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Deborah Costanza<br>73 Honeysuckle Drive<br>Manahawkin, NJ 08050 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Steven J. Abelson<br>Abelson Law Offices<br>80 West Main Street<br>PO Box 7005<br>Freehold, NJ 07728 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |