*Office of the Chapter 13 Standing Trustee*

**Isabel C. Balboa, Chapter 13 Standing Trustee** †

| | |
|---|---|
| Jane L. McDonald, Counsel | Kelleen E. Stanley* |
| Raymond H. Shockley, Jr. Staff Attorney | Jennie P. Archer* |
| Jennifer R. Gorchow, Staff Attorney | Lu'Shell K. Alexander* |

*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

February 26, 2021

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
      Debtor(s) Name:      Enrique A. Gaete and Maria L. Gaete
      Case No:             17-17885   ABA
      Hearing Date:        March 25, 2021 at 2:00 P.M.

Dear Judge Altenburg:

Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on February 25, 2021 for the above-captioned matter.

The proposed form of order filed with the Motion/Application, fails to indicate a new monthly Trustee payment going forward. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $638.00 per month for fourteen (14) months.

**Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*
*STANDING TRUSTEE*

*/s/ Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c:   Candyce I. Smith-Sklar, Esquire   (Debtor(s) Attorney)    (via Electronic Case Filing / ECF)
     Enrique A. Gaete and Maria L. Gaete   (Debtors')   (via First Class Mail)

| | |
|---|---|
| Cherry Tree Corporate Center | **Payments Only:** |
| 535 Route 38 | |
| Suite 580 | **P.O. Box 1978** |
| Cherry Hill, NJ 08002 | **Memphis, TN 38101-1978** |
| (856) 663-5002 | |